**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**AARON PICHEL, et al.**

                **Plaintiffs,**

v.                                  5:15-CV-487

**EVERBANK, et al.**

                **Defendants.**

_____

*(signed) Thomas J. McAvoy*
Senior, U.S. District Judge

**ORDER**

Thomas J. McAvoy, Senior District Judge.

    On March 23, 2016, this Court, noting that Plaintiff had not prosecuted this action diligently, ordered Plaintiff to show cause why the action should not be dismissed by April 22, 2016. <u>See</u> dkt. # 78. That date has passed, and Plaintiff has not responded to the Court's order. The Court will therefore dismiss the case for want of prosecution. It is therefore **ORDERED** that the action is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41.2 for failure to prosecute.

Dated: May 13, 2016

*(signed) Thomas J. McAvoy*
Senior, U.S. District Judge

1